**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DELOITTE TAX LLP,** | ) | **CASE NO. 1:20CV2487** |
| | ) | |
| **Plaintiff,** | ) | **SENIOR JUDGE** |
| | ) | **CHRISTOPHER A. BOYKO** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **AUSTIN MURRAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, SR. J.**:

The above-captioned matter is currently set for a Settlement Conference on September 20, 2021. On September 15, 2021, Plaintiff Deloitte Tax LLP filed an Emergency Motion (ECF DKT #12) to excuse personal attendance of the party representative or to continue the Settlement Conference.

The Court has carefully considered the Emergency Motion, the Response in Opposition filed by Defendant Austin Murray and the position papers submitted pursuant to the Court's Standing Settlement Conference Order.

The parties have identified significant obstacles to a meaningful settlement dialogue. Therefore, the September 20, 2021 Conference is cancelled and Plaintiff's Emergency Motion

is denied as moot.

On or before October 4, 2021, the parties shall file a joint proposed schedule going forward. However, **no** discovery extensions and/or amendments adding parties or claims (now that those deadlines have expired) will be considered absent motions supported by affidavits. The affidavits shall fully explain what was learned from the completed discovery and shall demonstrate what prejudice would justify further accommodations in the schedule at this late juncture.

The Court is willing to conduct a settlement conference in the future only if the parties with full authority are available and are in agreement that it would be beneficial.

**IT IS SO ORDERED.**

**DATE: September 17, 2021**

**s/Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**