UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DELOITTE TAX LLP,** | ) | CASE NO. 1:20CV2487 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | <u>ORDER</u> |
| **AUSTIN MURRAY,** | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, SR. J**.:

This matter comes before the Court upon the Motion (ECF DKT #15) of Jeffrey S. Dunlap, Sara S. Dorland and Ulmer & Berne LLP for Leave to Withdraw as Counsel for Defendant Austin Murray.

Pursuant to Local Rule 83.9 and upon consideration of the Motion and the facts presented, the Court orders Defendant Austin Murray to obtain new counsel or advise the Court that he will be proceeding pro se within thirty days of receiving notice of this Order or be subject to an adverse judgment.

Attorney Jeffrey S. Dunlap shall immediately serve a copy of this Order upon his

client.  Upon filing proof of such service on the Court's docket, the Court will grant the

Motion to Withdraw.

**IT IS SO ORDERED.**

**DATE: October 4, 2021** _____

 s/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**