UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



**FILED**

OCT 27 2021

Clerk of Court, United States District Court
Ohio Northern District - CLEVELAND

| | | |
|---|---|---|
| Deloitte Tax LLP, | ) | CASE NO. 1:20-CV-02487-CAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF DEFENDANT AUSTIN** |
| | ) | **MURRAY'S INTENT TO PROCEED** |
| vs. | ) | **PRO SE AND REQUEST OF PERMISSION** |
| | ) | **TO FILE ELECTRONICALLY IN THE** |
| Austin Murray, | ) | **NORTHERN DISTRICT OF OHIO** |
| Defendant. | ) | |

In response to this Court's ORDER dated October 4, 2021 requesting the Defendant Austin Murray ("Mr. Murray") to advise the Court that he has obtained new counsel or otherwise is proceeding pro se, Mr. Murray so advises the Court that he shall be proceeding pro se.

Mr. Murray additionally respectfully requests the Court's permission to file electronically in the Northern District of Ohio regarding this matter.

Respectfully submitted,

s/Austin Murray
Austin Murray, pro se
3002 Meadowbrook Blvd.
Cleveland Heights, Ohio 44118
(419) 512-2990
murraya00@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2021, a copy of the foregoing Response to Plaintiff's Motion to Extend Deadlines and Amend Complaint was filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, I will cause a copy of this filing to be emailed to Plaintiff's Counsel Christina Moser, at cmoser@bakerlaw.com on today's date.

By: s/Austin Murray
Austin Murray, pro se
3002 Meadowbrook Blvd.
Cleveland Heights, Ohio 44118
(419) 512-2990
murraya00@gmail.com