**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DELOITTE TAX LLP, | ) | CASE NO. 1:20cv2487 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| AUSTIN MURRAY, | ) | |
| | ) | **ORDER OF RECUSAL** |
| Defendant. | ) | |

On October 27, 2021, Defendant Austin Murray filed a Notice of Intent to Proceed Pro Se. (ECF #19). Accordingly, this case is returned to the Clerk of Court for reassignment to another Judicial Officer.

**IT IS SO ORDERED**.

Dated: October 28, 2021

*s/Christopher A. Boyko*
**CHRISTOPHER A. BOYKO**
**SENIOR UNITED STATES**
**DISTRICT JUDGE**