### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| DELOITTE TAX LLP, | ) | CASE NO. 1:20-cv-2487 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| AUSTIN MURRAY, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

Pending is defendant Austin Murray's Notice of intent to proceed *pro se* and Motion for permission to file electronically. (Doc. No. 19.) Murray demonstrates a willingness and capability to file and receive documents electronically. For good cause shown, the motion is granted. Murray is granted permission to register and file documents electronically in the above-entitled action pursuant to LR 5.1. (Murray will also receive filed documents electronically and will not be served filings by mail.) Permission to file electronically may be revoked at any time. Plaintiff shall complete and submit to the Clerk of Court the attached *Pro Se Litigant Registration for Electronic Filing* form.

The Clerk of Court shall send a copy of the within Order and attachment by regular mail to Austin Murray, 3002 Meadowbrook Blvd., Cleveland Heights, Ohio 44118.

**IT IS SO ORDERED**.


Dated: November 4, 2021

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**