**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DELOITTE TAX LLP., | ) | CASE NO. 1:20-cv-2487 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF REFERRAL TO |
| AUSTIN MURRAY, ET AL., | ) | MAGISTRATE JUDGE |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

The Court hereby refers this action to Magistrate Judge Amanda M. Knapp. Hereafter all filings in this action shall bear the names of both Judge Sara Lioi and the Magistrate Judge. This referral includes:

☒ General pretrial supervision and resolution of all non-dispositive motions

☐ A Report and Recommendation with respect to any dispositive motion (*e.g.*, motion to dismiss; motion for summary judgment)

The referral shall end when summary judgment briefing is complete. The Court reserves the right to rule directly on any matter filed in this case.

The parties may still exercise their right to consent to the exercise of full jurisdiction by a magistrate judge and this order does not alter the parties' responsibility to file their election with the Court with reference to whether they consent to a magistrate judge exercising full jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1) and Local Rule 73.1, if the parties have not already done so.

**IT IS SO ORDERED**.

Dated: February 7, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**