**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| DELOITTE TAX LLP,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN MURRAY, *et al.*,<br><br>Defendants. | CASE NO. 1:20-CV-02487<br><br>DISTRICT JUDGE SARA LIOI<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br>**ORDER** |

Pursuant to Fed. R. Civ. P. 37(a) and L.R. 37.1(a)(1), the parties must make sincere good faith efforts to resolve a discovery dispute before they may seek court intervention to resolve the dispute. As a general matter, the undersigned interprets the requirement for sincere good faith efforts under L.R. 37.1(a)(1) to require that the parties meet and confer orally – by telephone, video conference, or in person – in an effort to resolve the dispute prior to any court intervention. It is insufficient for purposes of this Rule that the parties exchange written communications.

Pending before this Court is Plaintiff's Motion for Protective Order, which evidences a dispute over a discovery-related matter. (ECF Doc. 44.) It is evident from the filing that the parties have not followed the requirements of L.R. 37.1 prior to the filing of the Motion, and in particular have neither communicated orally in an effort to resolve their dispute nor sought informal court intervention as further outlined in L.R. 37.1.

Accordingly, the Motion for Protective Order (ECF Doc. 44) is **denied without prejudice**. Counsel and *pro se* defendant shall meet and confer by telephone, video conference, or in person to discuss the dispute, and at that meeting shall endeavor in good faith to resolve this matter.

No later than February 18, 2022, the parties shall file a Joint Status Report, which shall not exceed three double-spaced pages and shall be signed by counsel for all parties and the *pro se* defendant. The Joint Status Report should outline the results of the parties' meet and confer efforts, including specific details regarding what issues the parties have and have not been able to resolve, and an explanation of what efforts were made to resolve the outstanding matters.

Dated: February 14, 2022

*/s/ Amanda M. Knapp*
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE