**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| DELOITTE TAX LLP,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN MURRAY, et al.,<br><br>Defendants. | CASE NO. 1:20-CV-02487<br><br>JUDGE DAVID A. RUIZ<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br>MINUTES OF PROCEEDING AND ORDER |

---

**Plaintiff's Counsel:**
Gregory Mersol
Christina Moser

**Defendant Prophit.ai, Inc.'s Counsel:**
Harold Farling

**Defendant Austin Murray, *pro se***

---

Telephone conference held with the above listed participants on March 10, 2022. The following matters were addressed: (1) Plaintiff's Motion to Disqualify [ECF Doc. 43]; (2) the discovery dispute relating to Plaintiff's request for a Protective Order [ECF Docs. 44, 46, 48, 53]; and (3) the discovery dispute brought to the Court's attention by Plaintiff's Counsel on March 7, 2022 via letter to Chambers under Local Rule 37.1(a). The status of each matter is outlined below.

(1) Plaintiff shall withdraw its Motion to Disqualify [ECF Doc. 43] on March 10, 2022.

(2) The Court will allow limited letter briefing regarding Plaintiff's request for "Attorneys Eyes Only" protections in an agreed Protective Order. The letter briefing shall be submitted to Magistrate Judge Knapp's Chambers' email address Knapp_Chambers@ohnd.uscourts.gov as follows: Defendants shall submit their letter(s) on or before **March 17, 2022**; Plaintiff shall submit its letter on or before **March 22, 2022**. The letters to Chambers shall copy all counsel and *pro se* defendant Murray, and shall not exceed two pages in length.

(3) The parties shall meet and confer as to the discovery dispute noticed by Plaintiff's Counsel on March 7, 2022, and anticipate resolving the matter without further court intervention.

---

Total Time: 1 hour, 30 minutes

Dated: March 10, 2022

*s/ Amanda M. Knapp*
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE