**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| DELOITTE TAX LLP,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN MURRAY, et al.,<br><br>Defendants. | CASE NO. 1:20-CV-02487<br><br>JUDGE DAVID A. RUIZ<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br>MINUTES OF PROCEEDING AND ORDER |

**Plaintiff's Counsel:**
Gregory Mersol
Christina Moser

**Defendant Prophit.ai, Inc.'s Counsel:**
Harold Farling

**Defendant Austin Murray, *pro se***

Telephonic status conference held with the above listed participants on April 19, 2022. The following matters were discussed: (1) Joint Motion to Amend Case Management Order and Extend Deadlines [ECF Doc. 59]; (2) the discovery dispute relating to Plaintiff's request for a Protective Order [ECF Docs. 44, 46, 48, 53, 55, 58]; and (3) Motion for Issuance of Letters Rogatory [ECF Doc. 61]. No later than April 22, 2022, the parties shall advise the undersigned if there is concern with filing the letter briefing submitted by the parties as to the protective order dispute on the public docket. The email should be sent to Knapp_Chambers@ohnd.uscourts.gov with a copy to all counsel and Defendant Murray. The cut-off date set forth in L.R. 37.1(b) for bringing discovery disputes to the Court's attention is held in abeyance while the Joint Motion to Amend Case Management Order and Extend Deadlines is being briefed and under review by the Court.

Total Time: 1 hour

Dated: April 19, 2022

*s/ Amanda M. Knapp*
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE