**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| DELOITTE TAX LLP,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN MURRAY, et al.,<br><br>Defendants. | CASE NO. 1:20-CV-02487<br><br>DISTRICT JUDGE DAVID A. RUIZ<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br>**ORDER** |

Pending before the Court is Plaintiff Deloitte Tax LLP's unopposed Motion for Issuance of Letters Rogatory requesting assistance from the Superior Court of Justice in Toronto, Ontario in the form of issuance of a subpoena duces tecum and subpoena to testify to non-party Impression Ventures, an alleged venture capital firm in Toronto, Ontario. (ECF Doc. 61.)

While unopposed, the Court finds that Plaintiff's assertion that the evidence it seeks from Impression Ventures is unavailable without the assistance of Letters Rogatory lacks sufficient evidentiary support. Accordingly, Plaintiff Deloitte Tax LLP's Motion for Issuance of Letters Rogatory Requesting Superior Court to Issue Subpoenas to Testify at Deposition (ECF Doc. 61) is denied without prejudice.

If Plaintiff intends to file a new motion for issuance of Letters Rogatory, it shall be supported with a declaration or other authenticated evidence to support its contention that

Impression Ventures is unwilling or has refused to produce documents or a corporate representative for deposition.

Dated: May 11, 2022

*/s/ Amanda M. Knapp*
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE