**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DELOITTE TAX LLP, | ) | CASE NO. 1:20-cv-02487 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| AUSTIN MURRAY, *et al.*, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Defendants. | ) | |

The parties have advised the Court that this matter has settled, but they require additional time to complete the underlying settlement agreement. Therefore, the docket is marked "resolved and dismissed without prejudice."

On or before September 23, 2022, the parties shall file a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this order.

IT IS SO ORDERED.

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge

Date: July 27, 2022