**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Deloitte Tax LLP, | ) | CASE NO. 1:20-CV-02487 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | MAGISTRATE JUDGE AMANDA M. KNAPP |
| Austin Murray and Prophit.ai, Inc., | ) | **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), Plaintiff Deloitte Tax LLP ("Deloitte Tax"), Defendant Austin Murray, and Defendant Prophit.ai agree, consent, and stipulate to a dismissal with prejudice of their respective claims as against the other in this action. The parties are to bear their own fees and costs.

Agreed to and submitted by this 23rd day of September, 2022:

Respectfully submitted,

*/s/Christina J. Moser*

Gregory V. Mersol (0030838)
Christina J. Moser (0074817)
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
gmersol@bakerlaw.com
cmoser@bakerlaw.com

*Attorneys for Plaintiff Deloitte Tax LLP*

*/s/Harold E. Farling*

Harold E. Farling
Law Office of Harold E. Farling, LLC
22255 Center Ridge Road, Suite 206
Rocky River, Ohio 44116
(216) 712-7111
hefarling@gmail.com

*Attorney for Defendant Prophit.ai*

*/s/ Austin Murray*

Austin Murray (0091929)
3002 Meadowbrook Road
Cleveland Heights, Ohio 44118

Defendant, *pro se*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *STIPULATED NOTICE OF DISMISSAL* was served via the Court's Electronic Court Filing system email on counsel for Prophit.ai and Defendant Austin Murray.

Dated: September 23, 2022

By: */s/Christina J. Moser*
Christina J. Moser