**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DELOITTE TAX LLP, | ) | Case No. 1:20-cv-02487 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AUSTIN MURRAY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The parties filed a Stipulated Notice of Dismissal with Prejudice (Stipulation) on September 23, 2022. (R. 82). The Court has reviewed and approves the Stipulation, and it supersedes the prior Order of Case Dismissal on July 27, 2022. (R. 81). Therefore, it is hereby ORDERED that pursuant to the parties' Stipulation this action is DISMISSED with Prejudice with each party "to bear their own fees and costs." (R. 82).

IT IS SO ORDERED.

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge

Date: October 3, 2022